UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEFFREY MORRISON and RAMONA MORRISON,<br><br>  Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, INC., NATIONAL DEFAULT SERVICING CORPORATION, and K. GOODEN,<br><br>  Defendants. | 3:12-CV-00203-PMP-VPC<br><br>ORDER |

IT IS ORDERED that the Court will hold a hearing on Plaintiffs' Emergency Motion for Limited Stay of Proceedings in Justice Court Case No. 12-SCV-1149 (Doc. #8) on Tuesday, September 4, 2012 at 11:00 a.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101. Counsel shall contact the Court's clerk at 702-464-5426 to obtain instructions on how to attend this hearing by telephone.

IT IS FURTHER ORDERED that Defendants shall file a response on or before August 24, 2012.

IT IS FURTHER ORDERED that Plaintiffs shall file a reply on or before August 29, 2012.

IT IS FURTHER ORDERED that the parties' briefs shall address this Court's jurisdiction in this action.

DATED: August 16, 2012

_____
PHILIP M. PRO
United States District Judge